————o————

**H. J. Robertson,** Defendant in Error, *vs.* **John Neal,** Plaintiff in Error.

1. Dismissed for failure to file statement and brief. ╱

*Error to Clay Circuit Court.*

*D. C. Allen,* for Plaintiff in Error.

*John T. Chandler,* for Defendant in Error.

**Wagner,** Judge, delivered the opinion of the court.

In this case the plaintiff has failed to file any statement and brief as required by law. The writ will therefore be dismissed. The other judges concur.